226

GARDEN STATE PLAZA CORPORATION, PLAINTIFF-PETI-
TIONER AND CROSS-RESPONDENT, v. S. S. KRESGE
COMPANY, DEFENDANT-RESPONDENT AND CROSS-
PETITIONER.

See same case below: 78 *N. J. Super.* 485.

*Messrs. Lum, Biunno and Tompkins* and *Mr. Archibald S. Alexander, Jr.* for the petitioner.

*Messrs. Shavick, Thevos and Schotz* and *Mr. Howard Stern* for the respondent and cross-petitioner.

May 13, 1963. Denied.